No. 78–657. KIMBLE ET AL. v. SWACKHAMER, SECRETARY OF STATE OF NEVADA, ET AL. Appeal from Sup. Ct. Nev. dismissed for want of substantial federal question.

No. 78–646. SOUTHERN CALIFORNIA EDISON Co. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 78–663. BOROUGH OF FOX CHAPEL ET AL. v. FRIDAY. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5587. BALLENTINE v. FOGG, CORRECTIONAL SUPERINTENDENT. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–477. HOPPER, WARDEN v. BARNETT. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded with directions to dismiss cause as moot.

No. D–149. IN RE DISBARMENT OF GENUA. It is ordered that Albert J. Genua, Jr., of Rocky Hill, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.